# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:19CR68 |
| vs. | ) | |
| | ) | ORDER |
| MARCUS D. EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue Trial [87]. The government's essential witness is unavailable due to a critical family medical issue. The defendant does not object to the continuance. Good cause being shown, the motion shall be granted, and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial, now set for January 27, 2020 is continued to **March 16, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 16, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **January 24, 2020.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED January 21, 2020.**

               **BY THE COURT:**
               **s/ Michael D. Nelson**
               **United States Magistrate Judge**