IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:19CR68** |
| v. | | |
| MARCUS D. EVANS, | | **ORDER** |
| Defendant. | | |

This matter is before the Court on defendant Marcus D. Evans's ("Evans") pro se Motion to Appoint Counsel (Filing No. 166). Evans asks the Court to "appoint [him] an attorney in regards of receiving a sentence reduction under the First Step Act." But Evans does not provide any information about his proposed grounds for a sentence reduction or give any reason the Court should appoint counsel to assist him at this point. For that reason, Evans's motion to appoint counsel is denied without prejudice.

IT IS SO ORDERED.

Dated this 26th day of October 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge