AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America )
v. )
MARCUS D. EVANS )
) Case No: 8:19CR68-002
) USM No: 31020-047

Date of Original Judgment: 09/03/2020 )
Date of Previous Amended Judgment: ) YVONNE M. SOSA
*(Use Date of Last Amended Judgment if Any)*    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant's pro se motion (Filing No. 179) is denied. The Federal Public Defender's Motion to Withdraw (Filing No. 182) is granted.

Except as otherwise provided, all provisions of the judgment dated 09/03/2020 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/06/2024

*Judge's signature*

Effective Date: _____    Robert F. Rossiter, Jr., Chief U.S. District Court Judge
*(if different from order date)*    *Printed name and title*