IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR68 |
| vs. | |
| MARCUS D. EVANS, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's pro se motion (Filing No. 185) requesting the Clerk of Court provide him with free copies of his "plea agreements, statement of reasons, dockets and PSI, [and] sentencing transcripts." Defendant requests such documents regarding his case to "prepare me for the best shot" at obtaining "some relief off of my 198 months." (Filing No. 185).

On November 12, 2024, Defendant filed a pro se motion to reduce his sentence pursuant to "Amendment 821." (Filing No. 179). The Federal Public Defender was appointed to the case (Filing No. 180) and entered an appearance on the defendant's behalf (Filing No. 181), but after review of the defendant's Presentence Investigation Report and other documents, counsel determined "Amended 821 of the United States Sentencing Guidelines does not provide any sentencing relief to the Defendant" and sought to withdraw from representation. (Filing No. 182). The Court granted the motion to withdraw and denied the defendant's motion for sentence reduction on December 6, 2024. (Filing No. 184).

The defendant has now moved for the Court to provide him free copies of his sentencing documents. The defendant's motion for a sentence reduction was denied. A defendant does not have the right to receive copies of documents without payment, even if he is indigent. See 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). Neither statutory authority nor this Court's practice requires the provision of free copies of court records to the defendant under these circumstances. Therefore, the Court is not inclined to order a copy of requested court documents at the government's expense. The defendant may pay for the requested copies at the established rate of 50¢ per page. Accordingly,

2

**IT IS ORDERED** that the defendant's motion (Filing No. 185) requesting free copies is denied.

Dated this 9th day of December, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge